

# NUMBER 13-19-00320-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**VICKIE LYNN THOMAS,**                                            **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                               **Appellee.**

## On appeal from the County Court of Bee County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Hinojosa, and Tijerina
### Memorandum Opinion by Justice Benavides

Appellant, Vickie Lynn Thomas, by and through her attorney, filed a motion to withdraw her appeal. Appellant moves this court to withdraw appellant's appeal. *See* TEX. R. APP. P. 42.2(a). We construe the motion as a motion to dismiss. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's

request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GINA M. BENAVIDES,
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
30th day of January, 2020.